**MATSIKOUDIS & FANCIULLO, LLC**
128 Monticello Ave., STR 1
Jersey City, NJ 07304
(201) 915-0407
Attorneys for Plaintiffs

| | |
|---|---|
| BOGUSLAWA HUANG, BARTOSZ BAGNIEWSKI, SLAWOMIR PLATTA, ANDRZEJ PITYNSKI | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, v. | CASE NO. CIVIL ACTION |
| CITY OF JERSEY CITY, MAYOR STEVEN FULOP, in his individual and official capacities, | **VERIFIED COMPLAINT AND DESIGNATION OF TRIAL COUNSEL** |
| Defendants. | |

Plaintiffs, through their undersigned attorneys, state their Complaint as follows:

## PRELIMINARY STATEMENT

1.     This action seeks to place a needed judicial check on an unfettered executive fiat by preventing Defendants Mayor Steven Fulop ("Fulop") and the City of Jersey City ("Jersey City") from, at a minimum, unilaterally removing the Katyn Forest Massacre Memorial (the "Katyn Memorial") from its present location in downtown Jersey City.

2.     The Katyn Memorial is of great significance to Poles residing in Jersey City and across the world.

3.     Significantly, the Kaytn Memorial's location was chosen by the Jersey City City Council (the "City Council") via proper legislative enactment.

4.      Nevertheless, Fulop – and, under his leadership, Jersey City – have unlawfully sought to usurp the City Council's authority, and move the Katyn Memorial without any public input and in violation of the laws of the State of New Jersey.

5.      Additionally, Fulop's *ultra vires* act in violation of State Law contravenes Federal Law, as it infringes on the rights of Pitynski, the artist who sculpted the Katyn Memorial.

## PARTIES, JURISDICTION AND VENUE

6.      Plaintiff Bartosz Bagniewski is an individual of Polish descent who resides in the City of Jersey City, County of Hudson, and State of New Jersey.

7.      Plaintiff Boguslawa Huang is an individual of Polish descent who resides in the City of Jersey City, County of Hudson, and State of New Jersey.

8.      Plaintiff Slawomir Platta is an individual of Polish descent who resides at 6508 75th Place, Queens, New York.

9.      Plaintiff Andrzej Pitynski is an individual of Polish descent – and the artist who crafted the Katyn Memorial – who resides at  60 Sculptors Way, Hamilton, New Jersey.

10.     Jersey City is a municipal government, organized under the Mayor-Council Plan C form of government set forth of the Faulkner Act N.J.S.A 40:69A-1-et seq.

11.     Defendant Steven M. Fulop ("Fulop") is an individual who holds the elected office of Mayor of Jersey City.  Defendant Fulop is sued in both his individual and official capacities.

11.     As several Plaintiffs and all Defendants either reside or are otherwise located in New Jersey, as the Katyn Memorial is located in New Jersey, and as at least one of Plaintiffs' claims vests subject matter jurisdiction exclusively in United States Federal Court, this Court is the proper forum for trial in this action.

17. Notably, the City's representations to Pitynski – that the Katyn Memorial would be placed in a prominent position overlooking the water – were key to Pitynski's design of the Katyn Memorial, and to the decision to gift the Katyn Memorial to the City.

18. The Katyn Memorial has existed at its current location in Exchange Place for nearly three decades. Generations of people of Polish descent – from not just Jersey City, but around the world – have felt a deep spiritual connection to the Katyn Memorial as an expression of the recognition by America and Jersey City of the Polish sacrifice during World War II.

19. In December 2016, Jersey City announced the creation of the Exchange Place Alliance Special Improvement District (the "SID"), a nonprofit created by local ordinance charged with assessing local commercial properties, so that same may be compelled to pay a fee for improvements. The President of the Mack-Cali real estate firm is on the Board of the SID and plays a major role in its operations. Three of the six people on the SID work at Mack Cali.

20. On April 30, 2018, Fulop tweeted a picture of the Katyn Memorial (the "First Tweet") and wrote:

> "FYI. This is what you see when you come out of the PATH. We'll be moving this statue from Exchange Place + will temporarily store it at DPW so it doesn't get damaged. We're doing engineering work as we prepare for repairs to the area + a community space/green park w/ seating."

> A copy of Fulop's First Tweet is attached hereto as **Exhibit C**.

21. The First Tweet insinuates that Jersey City's planned removal of the Katyn Memorial from Exchange Place would be merely temporary and only so "it doesn't get damaged." However, Poles from Jersey City to Warsaw were skeptical. They doubted whether creating a park at Exchange Place would ever

be able to harm a bronze and granite statue – and certainly doubted that *moving* the massive monument would somehow keep it safe.

22.     On May 5, 2018, the fears of the Polish community – both in Jersey City and around the world – were realized: Fulop changed his tune and tweeted his real intention – to *permanently* move the Katyn Memorial. In a second tweet, Fulop stated, "The statue is being MOVED to the place it was supposed to be." A copy of the May 5, 2018 Tweet is attached here to as **Exhibit D**. The full set of tweets made by Mayor Fulop concerning the Katyn Memorial is attached as **Exhibit E.**

23.     Upon information and belief, Fulop has not received any authorization from the City Council to move the Katyn Memorial. Three members of the City Council, including the member who represents the area which includes the Memorial, have made public statements expressing their concern that the Council was not consulted before the decision was made to remove it. An article from the Jersey Journal containing such statements is attached as **Exhibit F**.

## FIRST CAUSE OF ACTION
## ULTRA VIRES ACT IN VIOLATION OF THE FAULKNER ACT

24.     The Mayor-Council plan under the Faulkner Act provides that "[e]ach municipality. . . . shall be governed by an elected council, and an elected mayor . . . .", N.J.S.A. 40:69A–32(a), and that "unless the explicit terms and context of the statute require a contrary construction, any administrative or executive functions assigned by general law to the governing body shall be exercised by the mayor, and any legislative and investigative functions assigned by general law to the governing body shall be exercised by the council." N.J.S.A. 40:69A–32(b).

25.     Pursuant to New Jersey law, a municipality's decision to both accept as a gift and locate a monument of great significance is a legislative act.

26.     Accordingly, the City Council appropriately exercised its legislative power when it passed the Katyn Resolution.

27.     Consequently, the Mayor has no power to either undermine the City Council's validly enacted legislative mandate or unilaterally decide to permanently move the Katyn Memorial.

28.     It would be ultra vires and a violation of the Faulkner Act if Fulop were permitted to go through with his plan to permanently move the Katyn Memorial.

## SECOND CAUSE OF ACTION
## VIOLATION OF THE VISUAL ARTISTS RIGHTS ACT, 17 U.S.C. ¶ 106A

29.     The Visual Artists Rights Act of 1990 (VARA), 17 U.S.C. § 106A, grants certain rights of attribution and integrity to artists such as Plaintiff Pitynski.

30.     VARA grants Plaintiff Pitynski "the right . . . to prevent "distortion, mutilation or modification of that work." 17 U.S.C. § 106A(a)(3)(A). That right is explicitly applicable where the modification of a work of visual art as the result of public presentation, including lighting and placement, caused by gross negligence.

31.     Defendant, as Mayor of Jersey City, owes certain duties of reasonable care defined in N.J.S.A. § 40:69A-40, including the enforcement of the charter and ordinances of the municipality, supervision of the care and custody of all municipal property, making recommendations concerning the nature and location of municipal improvements, and execution of improvements determined by the governing body, i.e. the City Council.

32.     Defendant committed a grossly negligent breach of those duties when he decided without consultation with or presentation of recommendation to the governing body, to modify the Katyn Memorial by its removal, failed to care for or supervise such removal, and attempted to diminish the execution of improvements determined by the governing City Council of Jersey City. Two City Council members, James Solomon, who represents the area of Jersey City where the Memorial is located, and Richard Boggiano, have each criticized this decision and voiced concerns that the Council was not consulted. See **Exhibit F**.

33.     Moving the Katyn Memorial would violate section 106A(a)(3)(A) of VARA by violating Plaintiff Pitynski's right to prevent the modification of his work, and would constitute a grossly negligent and substantial distortion, mutilation, or modification of the Katyn Memorial because it is a site specific work. Annual memorial services are held in April by the Katyn Forest Massacre Memorial Committee every April, which Mayor Fulop attended in April 2016. These services are made possible by the large public space around the statue. In 2002, the 9/11 Memorial Committee proposed moving the Katyn Memorial statue to allow the placement of a 9/11 memorial in the same space. After testimony from Stanley Paszul, a veteran of the Polish Underground Army, describing the Katyn Massacre as an act of terrorism similar to that which happened on 9/11, the committee agreed to leave it in its symbolic place. The location of the Katyn Memorial is also at the center of the historic Polish population center which existed in Downtown Jersey City. A contemporaneous article describing this interaction is attached as **Exhibit G**.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiffs request judgment against the Defendant as follows:

(a)     Immediate, preliminary, and permanent injunctive relief, enjoining Defendants

from moving the Katyn Memorial;

(b)     Attorney's fees and costs associated with this action; and

(c)     Any further relief as this Court deems just and proper and any other relief as

allowed by law.

Respectfully submitted,

William Matsikoudis, Esq.
Matsikoudis & Fanciullo, LLC
128 Monticello Ave., STR 1
Jersey City, NJ 07304

Dated: May 8, 2018

## DESIGNATION OF TRIAL COUNSEL

Plaintiffs designate William C. Matsikoudis, Esq. and/or Derek S. Fanciullo, Esq. of

Matsikoudis & Fanciullo, LLC, as trial counsel.

William Matsikoudis, Esq.
Matsikoudis & Fanciullo, LLC
128 Monticello Ave., STR 1
Jersey City, NJ 07304

Dated: May 8, 2018

## **VERIFICATION**

I, Slawomir Platta of full age, hereby certify as follows:

4.      I am one of the Plaintiffs in the within action and I have personal knowledge

of the facts and allegations it contains.

5.      I have read the Verified Complaint in this action, and the facts alleged are

true to the best of my knowledge, information and belief.

6.      I verify under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. 28 U.S.C. § 1746.

Slawomir Platta

Executed on:  May 8, 2018

## **VERIFICATION**

I, Andrzej Pitynski of full age, hereby certify as follows:

1.      I am one of the Plaintiffs in the within action and I have personal knowledge
of the facts and allegations it contains.

2.      I have read the Verified Complaint in this action, and the facts alleged are
true to the best of my knowledge, information and belief.

3.      I verify under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct. 28 U.S.C. § 1746.

Andrzej Pitynski

Executed on:  May 8, 2018

## **VERIFICATION**

I, Bartosz Bagniewski, of full age, hereby certify as follows:

1.      I am one of the Plaintiffs in the within action and I have personal knowledge

of the facts and allegations it contains.

2.      I have read the Verified Complaint in this action, and the facts alleged are

true to the best of my knowledge, information and belief.

3.      I verify under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. 28 U.S.C. § 1746.

_____

Bartosz Bagniewski

Executed on:  May 8, 2018

## **VERIFICATION**

I, Boguslawa Huang, of full age, hereby certify as follows:

1.      I am one of the Plaintiffs in the within action and I have personal knowledge

of the facts and allegations it contains.

2.      I have read the Verified Complaint in this action, and the facts alleged are

true to the best of my knowledge, information and belief.

3.      I verify under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. 28 U.S.C. § 1746.

Boguslawa Huang
Boguslawa Huang

Executed on:  May 8, 2018

City Clerk File No. _____ C - 1268 (h) _____

Agenda No. _____ 4. F. _____ 1st Reading

Agenda No. _____ 5. F. _____ 2nd Reading & Final Passage

# ORDINANCE
## OF
## JERSEY CITY, N.J.



COUNCIL AS A WHOLE
offered and moved adoption of the following ordinance:

CITY ORDINANCE C-299

TITLE:  AN ORDINANCE SUPPLEMENTING CHAPTER 21 (SPECIAL ORDI-
NANCES) ARTICLE VII (MISCELLANEOUS ORDINANCES) OF THE
JERSEY CITY CODE ACCEPTING A GIFT OF THE KATYN FOREST
MASSACRE MEMORIAL BY THE CITY OF JERSEY CITY

THE MUNICIPAL COUNCIL OF THE CITY OF JERSEY CITY DOES ORDAIN:

A.  The following supplements to Chapter 31 (Special Ordinances)
Article VII (Miscellaneous Ordinances) of the Jersey City Code
are adopted.

ARTICLE VII.   MISCELLANEOUS ORDINANCES.

Sec. 31-7.  Reserved for Miscellaneous Ordinances.

WHEREAS, pursuant to N.J.S.A. 40A:12-5 the City of Jersey
City does hereby provide for the acquisition of the Katyn Forest
Massacre Memorial by gift donated by the Katyn Forest Massacre
Memorial Committee; and

WHEREAS, the Katyn Forest Massacre Memorial Committee will
be responsible for all costs including, but not limited to, those
incurred in connection with construction of the foundation and
erection of the memorial.

WHEREAS, the Katyn Forest Massacre Memorial will face the
Hudson River and be located on the west side of Washington Street
at the intersection of Montgomery Street on the median strip di-
rectly in front of 75 Montgomery Street.

B.  All ordinances and parts of ordinances inconsistent herewith
are are hereby repealed.

C.  This ordinance shall be a part of the Jersey City Code as
though codified and fully set forth therein.  The City Clerk
shall have this ordinance codified and incorporated in the offic-
ial copies of the Jersey City Code.

D.  This ordinance shall take effect at the time and in the man-
ner as provided by law.

E.  The City Clerk and the Corporation Counsel be and they are
hereby authorized and directed to change any chapter numbers, ar-
ticle numbers and section numbers in the event that the codifica-
tion of this ordinance reveals that there is a conflict between
those numbers and the existing code, in order to avoid confusion
and possible accidental repealers of existing provisions.

NOTE:  All material is new therefore underlining
has been omitted.
For purposes of advertising only, new matter is
indicated by bold face and repealed matter by
italic.

860817

M/ph
/8/86

APPROVED AS TO LEGAL FORM                    APPROVED: _____

_____ Thomas Ixclee _____ 9-7-86     APPROVED: _____
Corporation Counsel                                   Business Administrator

Certification Required    =
Not Required    =

# Ordinance of the City of Jersey City, N.J.

ORDINANCE NO. ____ C-299

TITLE:

AN ORDINANCE SUPPLEMENTING CHAPTER 21 (SPECIAL ORDINANCES) ARTICLE VII (MISCELLANEOUS ORDINANCES) OF THE JERSEY CITY CODE ACCEPTING A GIFT OF THE KATYN FOREST ASSACRE ,E,ORIAL BY THE CITY OF JERSEY CITY.

**INTRODUCED 9-0**

### RECORD OF COUNCIL VOTE ON INTRODUCTION

SEPTEMBER 11, 1986

| COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aviles | ✓ | | | KAMINSKI | ✓ | | | THOMPSON | ✓ | | |
| FRICCHIONE | ✓ | | | O'REILLY LANDO | ✓ | | | VAZQUEZ | ✓ | | |
| HART | ✓ | | | O'DEA | ✓ | | | CUNNINGHAM, Pres. | ✓ | | |

✓ Indicates Vote  N.V.—Not Voting (Abstain)

### RECORD OF COUNCIL VOTE TO CLOSE PUBLIC HEARING

SEP 25 1986

Councilperson ____ Hart ____ moved, seconded by Councilperson Jued_ine ____ to close P.H.: 8-0

| COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aviles | ✓ | | | KAMINSKI | ✓ | | | THOMPSON | ✓ | | |
| FRICCHIONE | ✓ | | | O'REILLY LANDO | ✓ | | | VAZQUEZ | ✓ | | |
| HART | ✓ | | | O'DEA | absent | | | CUNNINGHAM, Pres. | ✓ | | |

✓ Indicates Vote  N.V.—Not Voting (Abstain)

### RECORD OF COUNCIL VOTE ON AMENDMENTS, IF ANY

Councilperson ____ moved to amend* Ordinance, seconded by Councilperson ____ & adopted ____

| COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aviles | | | | KAMINSKI | | | | THOMPSON | | | |
| FRICCHIONE | | | | O'REILLY LANDO | | | | VAZQUEZ | | | |
| HART | | | | O'DEA | | | | CUNNINGHAM, Pres. | | | |

✓ Indicates Vote  N.V.—Not Voting (Abstain)

### RECORD OF FINAL COUNCIL VOTE

SEP 25 1986

**Adopted: 8-0**

| COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. | COUNCILPERSON | AYE | NAY | N.V. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aviles | ✓ | | | KAMINSKI | ✓ | | | THOMPSON | ✓ | | |
| FRICCHIONE | ✓ | | | O'REILLY LANDO | ✓ | | | VAZQUEZ | ✓ | | |
| HART | ✓ | | | O'DEA | absent | | | CUNNINGHAM, Pres. | ✓ | | |

✓ Indicates Vote  N.V.—Not Voting (Abstain)

Adopted on first reading of the Council of Jersey City, N.J., on ____ SEPTEMBER 11, 1986

Adopted on second and final reading after hearing on ____ SEP 25 1986

This is to certify that the foregoing Ordinance was adopted by the Municipal Council at its meeting of the 25th day of SEPTEMBER, 19 86

_____
C., Clerk

APPROVED: _____
Council President

Date ____ SEP 25 1986

CERTIFIED to be a true copy of RESOLUTION adopted by the Municipal Council of the City of Jersey City at its meeting of

SEP 25 1986

Thomas F.X. Smith
City Clerk

*Amendment(s):

APPROVED: _____
Mayor

Date ____ Oct. 4, 1986

Date To Mayor ____ SEP 2 9 1986

# Resolution of the City of Jersey City, N.J.

City Clerk File No. _____C-4271_____

Agenda No. _____10.z.87"_____ .

TITLE:

COUNCIL as a whole (except Fricchione & Kaminski, O'Reilly·Lando, Cunningham absent)OFFERED AND MOVED ADOPTION FOLLOWING RESOLUTIONS

### RESOLUTION ESTABLISHING A PLAZA FOR THE PLACEMENT OF A MONUMENT TO HONOR THE BRAVE MEMBERS OF THE POLISH OFFICER CORP. WHO WERE SUBJECT TO MASS EXECUTION AT THE HANDS OF THE SOVIET GOVERNMENT IN APRIL OF 1940

**WHEREAS,** the brave members of the Officer Corp of the free Polish Army, who had bravely and tenaciously stood in the path of the Nazi onslaught in defense of Polish Independence, were taken prisoner by the Russian Army only to be subject to mass execution and burial at the hands of evil Stalinist Empire under the auspices of the Russian Army in April of 1940; and

**WHEREAS,** the Polish American Community and the citizens of the City of Jersey City wish to permanently honor the memory of these brave soldiers and to erect a monument in their memory .

**NOW THEREFORE BE IT RESOLVED,** by the Municipal Council of the City of Jersey City that there is hereby established a Plaza for the placement of a monument to honor the brave deceased members of the Polish Officer Corp. which Plaza shall be known as the Katyn Monument Plaza and which shall be located on the southerly side of Exchange Place opposite the Path Station in the area designated on the ·attached Exchange Place Center Engineering drawing and map.

APPROVED: _____

APPROVED: _____ Business Administrator

890359

APPROVED AS TO LEGAL FORM

_Thomas J cclice_ 4·13·86
Corporation Counsel

Certification Required ☐

Not Required ☒

APPROVED 5-0

4 /13/ 89

| RECORD OF COUNCIL VOTE ON FINAL PASSAGE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNCILPERSON | AYE | NAY | N.V. | | COUNCILPERSON | AYE | NAY | N.V. | | COUNCILPERSON | AYE | NAY | N.V. |
| AVILES | ✓ | | | | KAMINSKI | ABSENT | | | | THOMPSON | ✓ | | |
| FRICCHIONE | ABSENT | | | | O'REILLY LANDO | ABSENT | | | | VAZQUEZ | ✓ | | |
| HART | ✓ | | | | O'DEA | ✓ | | | | CUNNINGHAM, Pres. | ABSENT | | |

✓ Indicates Vote

N.V.—Not Voting (Abstain)

Adopted at a meeting of the Municipal Council of the City of Jersey City, N.J.

_____
President of Council

_Robert Byrne_
City Clerk

PMH/ph

2 87



PROPOSED PLAZA FOR KATYN MONUMENT

 **Steven Fulop**
@StevenFulop



FYI. This is the statue you see when you come out of the PATH. We'll be moving this statue from Exchange Place + will temporarily store it at DPW so it doesn't get damaged. We're doing engineering work as we prepare for repairs to the area + a community space/green park w/seating



8:50 AM - 30 Apr 2018

**72** Retweets **138** Likes    



**Steven Fulop**
@StevenFulop


Follow

2 be clear 1) the statue is 100% being MOVED
to the place it was supposed to be per 1986
ordinance 2) senior ppl of the polish govt
reached out + I won't meet w/ppl that try to
rewrite history on their country's role in a
Holocaust 3) the only ppl I answer to is Jersey
City -done



**ABC News** @ABC
Proposed removal of statue in New Jersey honoring victims of 1940
Soviet massacre of Poles sparks cross-Atlantic war of words.
abcn.ws/2KC66D7

6:46 AM - 5 May 2018

**82** Retweets  **223** Likes    

 **1.1K**    ♻ **82**         **223**    ✉

    Tweet your reply

    **joonzmoon** @joonzmoon · May 5                              ⌄
Replying to @StevenFulop
To be clear: 1. using a 30y/o ordnce as an excuse for moving the statue is exactly
that. No longer relevant now. 2. Doesn't seem like the neighborhood has been
consulted. I live here (near statue) & we all seem to want it to stay. 3. Why is
statue mutually exclusive to park?

○ **12**    ♻ **53**         **448**    ✉

    **joonzmoon** @joonzmoon · May 5                              ⌄
The memorial is so magestic & iconic of JC that some restaurants even include it

5/7/2018          Steven Fulop on Twitter: "FYI. This is the statue you see when you come out of the PATH. We'll be moving this statue from Exchange Plac…

 **Steven Fulop**
@StevenFulop

 Follow

FYI. This is the statue you see when you come out of the PATH. We'll be moving this statue from Exchange Place + will temporarily store it at DPW so it doesn't get damaged. We're doing engineering work as we prepare for repairs to the area + a community space/green park w/seating



KATYŃ

8:50 AM - 30 Apr 2018

**72** Retweets **138** Likes 

1/1



**Steven Fulop**
@StevenFulop

Follow

Here is truth to power outside of a monument. All I can say is this guy is a joke. The fact is that a known anti-Semite, white nationalist + holocaust denier like him has zero credibility. The only unpleasant thing is Senator Stanislaw. Period. I've always wanted to tell him that



**Terrence T. McDonald** ⬤ @terrencemcd
speaker of Poland's senate says Jersey City's plan to move the Katyn memorial is "a really scandalous and very unpleasant situation for us"
polandinenglish.info/37045062/senat...

12:57 PM - 3 May 2018

**93** Retweets  **269** Likes     🟢🔵⚫⚫⚫🟤🔵⚫🟤

💬 **1.3K**    🔁 **93**        **269**    ✉



Tweet your reply

**Magdalena C.** @Magdalena_C22 · 9h                    ⌄
Replying to @StevenFulop
They can convert the space around into a park (green area, with plants, flowers - it's nice! really), BUT great #KatynMemorial SHOULD STAY PUT!  That's clear. #SaveKatynMonument #JerseyCity #USA #sculpture #art #Heroes #History #Poland #Poles #Jews #KatynMassacre #KatynMemorial

💬          🔁          **2**          ✉



**Agniko** @Agniko1 · May 6                              ⌄
Replying to @StevenFulop
As a Polish I can't even be angry with the words of that American politician. Mr.

Case 2:18-cv-08933-JMV-CLW  Document 1  Filed 05/08/18  Page 25 of 39 PageID: 25

5/7/2018          Steven Fulop on Twitter: "I'm no longer interested in differences w/the Senate President of NJ. Im beyond that. I'm international now like …

 **Steven Fulop**
@StevenFulop

 **Follow** ⌄

I'm no longer interested in differences w/the Senate President of NJ. Im beyond that. I'm international now like @pitbull .In all seriousness, this guy is an asshole and I'm happy he engaged me.



**Jersey City, Poland officials trade barbs over massacre statue**
The statue was unveiled at Exchange Place in 1991.
nj.com

2:46 PM - 3 May 2018

**56** Retweets  **152** Likes   

♡ **596**    ⟲ **56**       **152**   ✉

   Tweet your reply

  **Paweł Burdzy** @pburdzy · May 3                                    ⌄
Replying to @StevenFulop @pitbull
BTW Really tough guy, Holocaust survivor from KL Auschwitz & N.J. resident sent
a letter to you, Mr. Mayor @StevenFulop



5/7/2018          Steven Fulop on Twitter: "Hey Jimmy. My feelings regarding this release I think Tupac summed up best "I ain't mad at Cha" (1990s Strong)...

 **Steven Fulop**
@StevenFulop

 Follow ⌄

# Hey Jimmy. My feelings regarding this release I think Tupac summed up best "I ain't mad at Cha" (1990s Strong). I understand Election on Tuesday + nothing like last minute pandering. In any event: statue is staying in JC + as I said will be returned to public after renovations



**Terrence T. McDonald** ● @terrencemcd
Bayonne offers to take Katyn memorial
Show this thread

5:34 PM – 3 May 2018

**14** Retweets   **45** Likes   👤 🌐 ● ● 🌍 🌐 🌀 🐸 🌀

💬 **105**      🔁 **14**      **45**      ✉

🌐   Tweet your reply

🌐 **Jason Wisniewski** @JasonWisniews10 · May 3                    ⌄
Replying to @StevenFulop
Did you really just quote Tupac?  How did you get elected?

💬 **1**      🔁 **1**      **47**      ✉

🌐 **Radek** @radkinho · May 4                                        ⌄
He seems to be a copy of Canadian PM Justin Trudeau

💬 **1**      🔁      **31**      ✉

🌐 **Jason Wisniewski** @JasonWisniews10 · May 4                    ⌄
Agreed

5/7/2018       Steven Fulop on Twitter: "Oh jeez. I got several of these so I'll answer. No collusion, no payments, no porn star stories, no secret videos in…

 **Steven Fulop**
@StevenFulop

 ( Follow )  ⌄

Oh jeez. I got several of these so I'll answer. No collusion, no payments, no porn star stories, no secret videos in Russian hotels. To be clear Putin is not involved. You got the wrong guy - that's a different American. I just want to build a park. Khoroshego dnya

**Daniel Wielki** @Dzianiel
Replying to @StevenFulop @ScamwellTarley

How much does Putin pay you? @StevenFulop

6:30 AM - 4 May 2018

**26** Retweets  **169** Likes

♡ **308**      ⥂ **26**           **169**      ✉

Tweet your reply

**Alex Radziwill** @ARadziwill · May 4                                ⌄
Replying to @StevenFulop

Next election you go down !!!

♡ **2**      ⥂ **1**           **93**      ✉

**Steven Fulop** @StevenFulop · May 4                                ⌄
Maybe. Entirely possible. I did fine in my last election as I work hard for the residents that live here. That said the title of an elected office isn't what defines me though so I guess we will see in a couple years. I just try to do the best job I can.

♡ **33**      ⥂           **12**      ✉

**brzozowy jan** @BrzozowyJ · May 4                                ⌄

5/7/2018          Steven Fulop on Twitter: "Maybe. Entirely possible. I did fine in my last election as I work hard for the residents that live here. That said the…



**Steven Fulop** @StevenFulop · May 4                          ⌄
Oh jeez. I got several of these so I'll answer. No collusion, no payments, no porn
star stories, no secret videos in Russian hotels. To be clear Putin is not involved.
You got the wrong guy - that's a different American. I just want to build a park.
Khoroshego dnya

> **Daniel Wielki** @Dzianiel
> Replying to @StevenFulop @ScamwellTarley
> How much does Putin pay you? @StevenFulop

    ♡ 308    ⟲ 26      169    ✉

**Alex Radziwill** @ARadziwill · May 4                          ⌄
Next election you go down !!!

    ♡ 2    ⟲ 1      93    ✉

**Steven Fulop**                          ( Follow )   ⌄
@StevenFulop

Replying to @ARadziwill

# Maybe. Entirely possible. I did fine in my last election as I work hard for the residents that live here. That said the title of an elected office isn't what defines me though so I guess we will see in a couple years. I just try to do the best job I can.

6:36 AM - 4 May 2018

**12 Likes**   

♡ 33    ⟲      12    ✉

Tweet your reply

**brzozowy jan** @BrzozowyJ · May 4                          ⌄
Replying to @StevenFulop @ARadziwill
If is not fake Steven …. his language is …. 😡 and neck is red .Shame on you ..
mayor of ….



**Steven Fulop**
@StevenFulop



2 be clear 1) the statue is 100% being MOVED to the place it was supposed to be per 1986 ordinance 2) senior ppl of the polish govt reached out + I won't meet w/ppl that try to rewrite history on their country's role in a Holocaust 3) the only ppl I answer to is Jersey City -done



**ABC News** ● @ABC
Proposed removal of statue in New Jersey honoring victims of 1940 Soviet massacre of Poles sparks cross-Atlantic war of words.
abcn.ws/2KC66D7

6:46 AM - 5 May 2018

**82** Retweets  **223** Likes  

○ **1.1K**    ⇄ **82**         **223**   ✉ 

  Tweet your reply

  **joonzmoon** @joonzmoon · May 5          ⌄
Replying to @StevenFulop
To be clear: 1. using a 30y/o ordnce as an excuse for moving the statue is exactly that. No longer relevant now. 2. Doesn't seem like the neighborhood has been consulted. I live here (near statue) & we all seem to want it to stay. 3. Why is statue mutually exclusive to park?

○ **12**    ⇄ **53**         **448**   ✉ 

  **joonzmoon** @joonzmoon · May 5          ⌄
The memorial is so magestic & iconic of JC that some restaurants even include it



**Steven Fulop**
@StevenFulop

Follow

I feel sad for ppl that have so much hate. I was curious so was reading comments/spam on different threads and can't help but wonder what happened to being taught if you don't have anything nice 2 say then don't say anything. The world was such a better place without social media

**maciej kudrycki** @mosp_bla
Replying to @StevenFulop @SusanGKomen
Get your dirty Jewish hands out off Poland. You nazi racist!

10:06 AM - 6 May 2018

1 Retweet  13 Likes

24    1    13

**Tomasz Suliga** @TomaszSuliga · 17m
Replying to @StevenFulop
You should take your own advice and don't say anything if you can't say something nice

9

5/7/2018     Steven Fulop on Twitter: "Thank you. It's nice that the editorial board of NJ's state newspaper agrees with me on this. I know in this job I c...



**Steven Fulop**
@StevenFulop



Thank you. It's nice that the editorial board of NJ's state newspaper agrees with me on this. I know in this job I can't please everyone all the time but I try my best to push hard for progress in #JerseyCity .

**How to talk to your kid about the man being impaled on Jersey City's waterfr...**
No. The answer is, you shouldn't have to talk about a 34-foot-high man getting impaled on Jersey City's waterfront.
nj.com

7:17 AM - 7 May 2018

**6** Retweets  **22** Likes

♡ 93      ↺ 6            22      ✉

      Tweet your reply

**Beata Kłobuchowska**    @bikej70 · 2h                    ⌄
Replying to @StevenFulop
You will not remove this monument of Fulop !!! # SaveKatyńMemorial

      ♡ 2      ↺      12      ✉

**Menu**      Set Weather          Subscribe

Search

<u>**HUDSON COUNTY**</u>

# Critics slam plan to move N.J. statue commemorating Polish massacre

Updated May 2;
Posted Apr 30



The memorial to the 1940 Katyn massacre has been located at Exchange Place in Jersey City since 1991. (Jersey Journal file photos)

**By Terrence T. McDonald,** tmcdonald@jjournal.com

The Jersey Journal

JERSEY CITY — Plans to relocate a memorial commemorating the massacre of tens of thousands of Polish officers by the Soviet Union in 1940 is facing opposition here in Jersey City and from the Polish Consulate.

The Katyn memorial, a 34-foot-tall monument depicting a bound-and-gagged soldier impaled in the back by a bayoneted rifle, has been a fixture at Exchange Place since 1991. The city plans to put it in storage during a planned transformation of the Exchange Place plaza into a public park, and the statue may not return to its current location.

Asked to comment, Poland's ambassador to the United States, Piotr Wilczek, said he is "concerned" about the sudden announcement that the memorial may be moved and by the "lack of dialogue" between the city and the Polish-American community.

"I encourage all involved parties to engage in a productive dialogue so that a solution can be arrived at which does not involve a permanent relocation of the memorial," Wilczek said.

The park creation is a project of the Exchange Place Special Improvement District. Its chair, Mike DeMarco, who is also CEO of real-estate firm Mack-Cali, said it's the city's decision whether the statue remains there after the plaza renovation is complete. His personal preference is that it is moved elsewhere.

"I don't think the statue's appropriate for a major metropolitan area," DeMarco told The Jersey Journal. "It's a little gruesome ... I can't imagine how many mothers go by and have to explain it to their children."

DeMarco added that the notion that Russians are backstabbers is "not exactly a politically correct idea nowadays."

Krzysztof Nowak, president of the committee that organized to commission the statue, told The Jersey Journal it should remain where it is. A park can be built around it, Nowak said.

"You want to put a couple of benches around the monument? Put a couple of benches around the monument. You want to put a tree next to the monument? By all means," he said.

Jersey City's Downtown used to be the center of the county's Polish community, which has dwindled in size in recent decades. About 21,000 Hudson County residents

report Polish ancestry, according to the latest Census figures. In 1972, that figure was believed to be as high as 100,000.

Downtown Councilman James Solomon said he's concerned that the city's Polish community was not consulted about moving the Katyn memorial. Solomon did not say whether he supports a push to move the statue permanently because he hasn't seen the plans for the new park.

"I haven't seen a proposal so it's hard for me to say pro or con," he said. "We need more green space in the area. Can you incorporate more green space around the statue? Probably."

Journal Square Councilman Rich Boggiano also expressed irritation that plans are being made to move the statue without public input.

"I'm sick and tired of all these new people coming here ... wanting to change everything about Jersey City," Boggiano said. "Stay the hell out of Jersey City, mind your own

business. Just leave it alone."

City spokeswoman Hannah Peterson declined to say whether the city supports keeping the statue at Exchange Place, saying only that the city's intention is to "return the statue to the public upon completion" of the park. DeMarco said construction on the park may begin as early as July.

Peterson noted that when the city formally accepted the statue in 1986, the monument was intended to be placed on the Montgomery Street median near Washington Street.

Nowak said he believes the statue is too large to fit on the median.

The Soviet secret police massacred some 22,000 Polish officers and other prisoners in the Katyn forest in 1940 after the Soviets invaded Poland. For decades the Soviet Union blamed Nazis for the killings, but Russia's Parliament in 2010 finally admitted Stalin ordered the massacre.

*Terrence T. McDonald may be reached at*
*tmcdonald@jjournal.com. Follow him on Twitter*
*@terrencemcd. Find The Jersey Journal on Facebook.*

Registration on or use of this site constitutes acceptance of our **User Agreement** and
**Privacy Policy**

© 2018 New Jersey On-Line LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or
otherwise used, except with the prior written permission of New Jersey On-Line LLC.

**Community Rules** apply to all content you upload or otherwise submit to this site.

▷ **Ad Choices**