

June 19, 2018

**VIA REGULAR MAIL**
Hon. John Michael Vazquez, U.S.D.J.
United State District Court
District of New Jersey
U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Boguslawa Huang, et al. v. City of Jersey City, et al.
      Case No.: 2:18-cv-08933-JMV-CLW

Your Honor:

  We represent the plaintiffs in the above-referenced matter. We write to respectfully request an additional 45-day extension – until August 6, 2018 - of the briefing deadlines in this matter. On or about May 18, 2018, Your Honor granted the Parties a 30-day extension. We request that the return date in this matter now be adjourned until August 6, 2018, because we strongly believe that there is a probability that all issues related to this matter will be resolved by that date, so as to make this matter moot. To this end, the return date for motions in the corollary state court matter has been extended 45 days. Consequently, we believe good cause exists to justify our requested extension.

  Of further note, counsel for the City has consented to the 45-day extension requested herein.

  If we may do anything further, please do not hesitate to contact us.

          Sincerely yours,

          William Matsikoudis, Esq.
          Matsikoudis & Fanciullo, LLC

cc: Stevie Chambers, Esq.