**PETER J. BAKER**
**CORPORATION COUNSEL**
City of Jersey City-Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
Tel #: (201) 547-5229
Attorney for Defendants, City of Jersey City and Mayor Steven Fulop

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Boguslawa Haung, Bart Bagniewski, Slawek Platta, Audrey Pityanski, | : : : : | |
| Plaintiffs, | : | Civil Action No.: 18-cv-08933 |
| v. | : : | |
| City of Jersey City, Mayor Steven Fulop, | : : : | NOTICE OF MOTION |
| Defendant. | : : | |

TO:  William Matsikoudis, Esq.
     Matsikoudis and Fanciullo, LLC
     128 Monticello Avenue, STR1
     Jersey City, NJ 07304

     Roshan D. Shah, Esq.
     Scarinci Hollenbeck
     1100 Valley Brook Avenue
     P.O. Box 790
     Lyndhurst, NJ 07071

**PLEASE TAKE NOTICE** that on Monday, August 20, 2018, the undersigned Stevie D. Chambers, Assistant Corporation Counsel, on behalf of the City of Jersey City and Steven Fulop, will move before the Honorable John Michael Vazquez, U.S.D.J., in the United States District Court, District of New Jersey, for an Order dismissing the Complaint filed by plaintiff.

It is respectfully requested that the Court rule upon the moving papers submitted pursuant to Fed. R. Civ. P. 12(b)(6).

    A proposed form of Order is attached.

                                      **PETER BAKER**
                                      **CORPORATION COUNSEL**

Date: July 25, 2018                /s/ Stevie D. Chambers
                                      STEVIE D. CHAMBERS
                                      Assistant Corporation Counsel