


# CITY OF JERSEY CITY
## DEPARTMENT OF LAW

CITY HALL ● 280 GROVE STREET ● JERSEY CITY, NJ 07302
PHONE (201) 547-5229 ● FAX (201) 547-5230

**STEVEN M. FULOP**
*MAYOR OF JERSEY CITY*

**PETER J. BAKER**
*CORPORATION COUNSEL*

July 25, 2018

**VIA ECF**
Honorable John Michael Vazquez, U.S.D.J.
Frank R. Lautenberg U.S.P.O. & Courthouse
One Federal Square
Newark, NJ 07101

      Re:    **Huang, et al. v. City of Jersey City, et al.**
             **Civil Action No. 18-cv-8933**

Dear Judge Vazquez:

      We represent the City of Jersey City and Steven Fulop ("Jersey City") in the above-referenced matter. Jersey City moves, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted. In support of the motion, Jersey City relies on the Exchange Place Alliance's brief submitted in support of their motion to dismiss. (ECF. No. 11-1).

      Respectfully,

      **PETER BAKER**
      **CORPORATION COUNSEL**

      /s/ Stevie D. Chambers
      STEVIE D. CHAMBERS
      Assistant Corporation Counsel