ANDREW PITYNSKI

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

July 17, 2017    2018 JUL 20 A 11: 29

William C. Matsikoudis, Esq.
Matsikoudis & Fanciullo, LLC
128 Monticello Avenue, STR 1
Jersey City, NJ  07304

    Re:    Katyn Forest Massacre Memorial

Dear Mr. Matsikoudis:

    I have determined that as a part of the Katyn Forest Massacre Memorial Committee, Inc., that I cannot continue as a party to the lawsuit in the Federal Court that you have filed. You are directed to immediately withdraw my name as a party in that lawsuit.

                              Very truly yours,

                              Andrew Pitynski