**THE ABRAHAM LAW FIRM, LLC**
Markis M. Abraham, Esq.
225 St. Pauls Avenue, #15R
Jersey City, New Jersey 07306
P: (973) 680-7151
F: (888) 680-7179
E: mabraham@abelawfirm.com
*Attorney ID 022752008*
Attorney for Plaintiffs, *Maria Scariati*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOGUSLAWA HUANG, BARTOSZ BAGNIEWSKI, SLAWOMIR PLATTA, ANDRZEJ PITYNSKI<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF JERSEY CITY, STEVEN M. FULOP, in his individual and official capacities,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:18-cv-8933 (JMV-CLW)<br><br>**DECLARATION OF<br>MARKIS M. ABRAHAM, ESQ.** |

I, **MARKIS M. ABRAHAM**, of full age hereby declare:

1. I am licensed to practice law in the State of New Jersey, admitted to the United States District Court for the District of New Jersey, and represent the proposed intervenor, Maria Scariati.

2. I am fully familiar with the facts stated herein and submit this declaration in support of Maria Scariati's Cross-Motion to Intervene to Oppose the Cross-Motion to Intervene and to Dismiss the Verified Complaint by the Exchange Place Alliance (the "Alliance").

3. The Proposed Intervenor Exchange Place Alliance maintains a website at www.exchangeplacealliance.com.  See Declaration of Michael J. DeMarco, ¶ 7.  Meeting minutes for the Exchange Place Alliance can be found on their website.  Id.

4. I went to the website and obtained a copy of all of the meeting minutes the

Exchange Place Alliance has made accessible on its website.

5. Attached hereto as Exhibit **"A"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes for a July 24, 2017.

6. Attached hereto as Exhibit **"B"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes for September 25, 2017.

7. Attached hereto as Exhibit **"C"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes for October 27, 2017.

8. Attached hereto as Exhibit **"D"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes titled December 7, 2017.

9. Attached hereto as Exhibit **"E"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes titled January 23, 2018.

10. Attached hereto as Exhibit **"F"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes titled February 27, 2018.

11. Attached hereto as Exhibit **"G"** is a true and correct copy of the Exchange Place Alliance's Meeting Minutes titled June 8, 2018.

I hereby declare, under penalty of perjury, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 31, 2018                              /s/ Markis M. Abraham
                                                                                      Markis M. Abraham, Esq.

# EXHIBIT A

# MINUTES OF THE EXCHANGE PLACE ALLIANCE SPECIAL IMPROVEMENT DISTRICT
## July 24, 2017 Meeting

The undersigned, being the Secretary of the Board of Directors of the Exchange Place Alliance Special Improvement District, a New Jersey not for profit corporation (hereinafter, the "ESPID"), do hereby approve the following minutes from the July 24, 2017 meeting of the Board of Directors:

1. Open Public Meetings Act Confirmation of Notice
2. Approval of Resolution accepting $200,000 loan to support SID operations.
3. Approval of Resolution establishing SID office
4. Executive Directors Introduction
5. Discussion regarding Budget Approval by Jersey City Council
6. Approval of Benefit Mall Payroll Services
7. Discussion of Signature Authority for Executive Directors
8. Report from Executive Director regarding SID mailing address
9. Report from Executive Director regarding SID email
10. Report from Executive Director regarding Website development
11. Report from Executive Director regarding SID Bank Account
12. No public were present

IN WITNESS WHEREOF, the undersigned has hereunto set his hand this 25th day of September, 2017.

By: _____/s/_____

Name: Andrew Marshall
Title: Secretary

4852-1160-4304, v. 1

# EXHIBIT B

# MINUTES OF THE EXCHANGE PLACE ALLIANCE SPECIAL IMPROVEMENT DISTRICT
## September 25, 2017 Meeting

The undersigned, being the Secretary of the Board of Directors of the Exchange Place Alliance Special Improvement District, a New Jersey not for profit corporation (hereinafter, the "ESPID"), do hereby approve the following minutes from the September 25, 2017 meeting of the Board of Directors:

1. Open Public Meetings Act Confirmation of Notice
2. Discussion of first distribution of fund from tax assessor
3. Approval of Resolution awarding consultation contracts for the Exchange Place Plaza.
4. Approval of Resolution Authorizing the Hiring of Executive Assistants.
5. Approval of website and branding proposal from Drivehaus.
6. Approval of Insurance Proposal from Horizon.
7. Report from Executive Director regarding maintenance proposals.
8. Report from Executive Director regarding budget and finance.
9. Report from Executive Director regarding SID Bank Account and the possibility of switch from Bank of America to Chase.
10. Approval of motion to extend SID borders to include Washington Square Park.
11. No public were present

IN WITNESS WHEREOF, the undersigned has hereunto set his hand this 26th day of October, 2017.

By: _____
Name: Andrew Marshall
Title: Secretary

# EXHIBIT C

# MINUTES OF THE EXCHANGE PLACE ALLIANCE SPECIAL IMPROVEMENT DISTRICT
## October 27, 2017 Meeting

The undersigned, being the Secretary of the Board of Directors of the Exchange Place Alliance Special Improvement District, a New Jersey not for profit corporation (hereinafter, the "ESPID"), do hereby approve the following minutes from the October 27, 2017 meeting of the Board of Directors:

1. Open Public Meetings Act Confirmation of Notice
2. Approval of September 25, 2017 meeting minutes
3. Insurance Update for the SID
4. Exchange Place Plaza Plans Update
5. Approval of Lou's Landscaping for Snow Removal Services around Exchange Place
6. Trees, Landscaping and Repairs Report
7. Halloween Event Update
8. Discussion of Paulus Hook Park
9. Report from Executive Director
10. No public were present

IN WITNESS WHEREOF, the undersigned has hereunto set his hand this 7th day of December, 2017.

By: _____
Name: Andrew Marshall
Title: Secretary

# EXHIBIT D

MINUTES OF THE EXCHANGE PLACE ALLIANCE SPECIAL IMPROVEMENT DISTRICT
December 7, 2017 Meeting

The undersigned, being the Secretary of the Board of Directors of the Exchange Place Alliance Special Improvement District, a New Jersey not for profit corporation (hereinafter, the "ESPID"), do hereby approve the following minutes from the December 7, 2017 meeting of the Board of Directors:

1. Open Public Meetings Act Confirmation of Notice
2. Approval of October 27, 2017 meeting minutes
3. Exchange Place Plaza Plans Update with concept walkthrough from Grant Eula of SJP Properties
4. Jersey City architecture numbers are needed to move forward with the advancement of Historic Paulus Hook Park
5. Holiday Lights Resolution- Approved
6. Programming Update- 4th of July will be held at Exchange Place for the second consecutive year, Seafood festival will be held on June 9th
7. 2018 Board Meeting Dates have been reviewed and calendar invites sent out.
8. Report from Executive Director
9. No public were present

IN WITNESS WHEREOF, the undersigned has hereunto set his hand this 16th day of December, 2017.

By: _____
Name: Andrew Marshall
Title: Secretary

4852-1160-4304, v. 1

# EXHIBIT E

# January 2018 | MINUTES

| | | |
|---|---|---|
| Meeting date | time | *1/23/18* | *1:00 pm* | Meeting location *Harborside 2 Suite 801* |

| | | |
|---|---|---|
| Meeting called by | Exchange Place Alliance | Michael DeMarco, Edyta Espasa (for Steve Pozycki), Andy Siegel, Andrew Marshall, Christopher DeLorenzo, Donald Pepe, Crystal Paris, Jay Rhatican (for Gus Milano), Martin Schmid, Rachel Brandon, Elizabeth Cain |
| Type of meeting | Board Meeting | |
| Facilitator | Elizabeth Cain | |
| Note taker | Rachel Brandon | |
| Timekeeper | Martin Schmid | |

## AGENDA TOPICS

Agenda topic *Exchange Place Plaza Improvements Update* | Presenter *Elizabeth Cain*

Moving along with the capital improvements at Exchange Place Plaza, a plan for temporary concrete barriers to direct the flow of traffic is now underway.

Agenda topic *2018 Financial Update* | Presenter *Elizabeth Cain*

The Exchange Place Alliance has spent roughly $500,000 in operating costs.

Agenda topic *Snow Removal and Maintenance Report* | Presenter *Elizabeth Cain*

Snow removal for the 2017-2018 Winter has been as success with $70,750 spent on removal costs.

Block by Block and Street Plus proposals have been received and reviewed by the Exchange Place Alliance team. The board recommends revisions to the original proposal based on deployment schedules of maintenance teams.

| Action items | Person responsible |
|---|---|
| Three-year weather history research on weather patterns at Exchange Place | Martin Schmid |

Agenda topic *Marketing and Advertising Update* | Presenter *Elizabeth Cain*

The Exchange Place Alliance official website will be released in February. Digital and print advertisement proposals from NJ.com, local magazines, PATH advertisements and bus shelter advertisements have been received.

The Exchange Place alliance will purchase these advertisements for upcoming spring events tentative to the event schedule approval by the board.

Agenda topic *Spring Furniture Selection* | Presenter *Elizabeth Cain*

The Exchange Place Alliance will coordinate the purchasing and placement of outdoor furniture along the Hudson River walkway. Sections will be color coded by umbrellas to secure and assist with wayfinding around Exchange Place.

| Action items | Person responsible |
| --- | --- |
| Measure linear footage of the Hudson River walkway from Goldman Sachs to Second Street | Martin Schmid |

Approved By: _____

Name: Andrew Marshall

    Title: Secretary

# EXHIBIT F

# February 2018 | MINUTES

| Meeting date | time | 2/27/18 | 1:00 pm | Meeting location *Harborside 2 Suite 801* |

| | | |
|---|---|---|
| Meeting called by | Exchange Place Alliance | Michael DeMarco, Edyta Espasa (for Steve Pozycki), Andy Siegel, Andrew Marshall, Christopher DeLorenzo, Donald Pepe, Crystal Prais, Jay Rhatican (for Gus Milano), Martin Schmid, Rachel Brandon, Elizabeth Cain |
| Type of meeting | Board Meeting | |
| Facilitator | Elizabeth Cain | |
| Note taker | Rachel Brandon | |
| Timekeeper | Martin Schmid | |

## AGENDA TOPICS

Agenda topic *Exchange Place Plaza Improvements Update* | Presenter *Mike DeMarco*

Moving along with the capital improvements at Exchange Place Plaza, a plan for temporary concrete barriers with Exchange Place Alliance branded covers to direct the flow of traffic is now underway. Meetings have been held with both the Hyatt House and Hyatt Regency for approval.

Agenda topic *2018 Financial Update* | Presenter *Elizabeth Cain*

The Exchange Place Alliance has spent roughly $500,000 in operating costs since launching. The 2018 budget will be due to the city in April.

Agenda topic *Work Timeframes for Planned PATH Sandy Mitigation Project* | Presenter *Elizabeth Cain*

Snow removal for the 2017-2018 Winter has been as success with $70,750 spent on removal costs.

Block by Block and Street Plus proposals have been received and reviewed by the Exchange Place Alliance team. The board recommends revisions to the original proposal based on deployment schedules of maintenance teams.

| Action items | Person responsible |
|---|---|
| Communicate with the PATH team that these times work for our board of directors. | Elizabeth Cain |

Agenda topic *Clean Team Update* | Presenter *Mike DeMarco*

As discussed in the last meeting, a Street Plus contract is still in progression. The number of team member is still up for discussion and will be decided definitively next meeting. A focus of local hiring is to be expected.

Agenda topic *Summer Event Schedule + 4th of July* | Presenter *Elizabeth Cain*

As discussed in January's meeting, the Exchange Place Alliance will coordinate with the city in the planning and execution of the Freedom and Fireworks festival. The Exchange Place Alliance will be managing the Food Truck applications and selection. The Exchange Place Alliance will also host other smaller signature events this summer that will be voted on and approved by the board.

Agenda topic *Hudson River Walkway* | Presenter *Elizabeth Cain*

The Hyatt Regency and millennium Communications met to discuss security camera placement for the Hudson River Walkway.

Agenda topic *Spring Furniture Selection* | Presenter *Elizabeth Cain*

As discussed in January's meeting, the Exchange Place Alliance will coordinate the purchasing and placement of outdoor furniture along the Hudson River walkway. Sections will be color coded by umbrellas to secure and assist with wayfinding around Exchange Place.

| Action items | Person responsible |
| --- | --- |
| Next meeting tables, chairs, and umbrella swatches will be viewed by board members during April's board meeting. | Martin Schmid |

Approved By: _____
Name: Andrew Marshall
     Title: Secretary

Page 2

# EXHIBIT G

# June 8, 2018 | MINUTES

Meeting date | time *6/08/18 | 1:00 pm* | Meeting location *Harborside 3 4th Floor*

| | | |
|---|---|---|
| Meeting called by | Exchange Place Alliance | Michael DeMarco, Edyta Espasa (for Steve Pozycki), Andy Siegel, Andrew Marshall, Donald Pepe, Jay Rhatican (for Gus Milano), Joyce Waterman, Martin Schmid, Rachel Brandon, Elizabeth Cain and member of the public Jeanne Daly. |
| Type of meeting | Board Meeting | |
| Facilitator | Elizabeth Cain | |
| Note taker | Rachel Brandon | |
| Timekeeper | Martin Schmid | |

## AGENDA TOPICS

- Open Public Meetings Act of Confirmation Notice

- Introductions from Michael DeMarco. DeMarco explains that as the board grows and more members of the public attend the meetings it will be more difficult to host meetings in the Exchange Place Alliance's conference room. Therefore, most meetings will now be held in Mack-Cali Headquarters at Harborside 3, 210 Hudson Street, Fourth Floor Conference Room.

- Approval of June 8, 2018 Meeting Minutes

Agenda topic *Financial Review* | Presenter *Elizabeth Cain*

Executive Director Elizabeth Cain explains to the board and members of the public the current financial state of the Alliance. For this calendar year, costs include $14,000 in advertising, $8,000 to City improvements, payment of initial $100,000 Mack Cali loan, furniture totaling about $220,000, snow removal, and other expenses; expect next income in August.

Agenda topic *Exchange Place Plaza Improvement Update* | Presenter *Michael DeMarco*

Resolution of the board engaging Elkus Manfredi Architects and Thornton Tomasetti. Motion approved.

Agenda topic *Resolution of the Board Authorizing the Freedom & Fireworks Celebration Sponsorship* | Presenter *Michael DeMarco*

City of Jersey City searching for sponsorship, authorization of board to make a contribution to be regained through food truck fees and other sources of revenue. Total exposure less than $60,000. Michael DeMarco explains layout of the celebration, noting locations of the carnival, food trucks, beer and food pavilions, and stage. Andy Siegel brings voices concerns about public safety and intoxication, and garbage removal. Elizabeth Cain explains security measures, checkpoints, street closures, and litter removal, noting coverage from the Exchange Place Alliance Clean Team,

Harborside maintenance staff, Colgate Center Property Owners Association, and the Department of Public Works. Andy Siegel motions to accept resolution. Motion approved.

Agenda topic *The Exchange Place Alliance Seeks Interns* | Presenter *Michael DeMarco*

Michael DeMarco outlines a 6-8-week paid internship, Elizabeth Cain notes positions are especially geared for events and general office maintenance.

Agenda topic *Summer and Fall Landscaping Proposals from Gene's Landscaping and Lou's Landscaping* | Presenter *Elizabeth Cain*

Elizabeth Cain explains proposals, noting prior work from both businesses; Andy Siegel brings forward concerns about planter maintenance in front of the Korean War Memorial, Elizabeth Cain notes these are included in the scope; Michael DeMarco queries Jeanne Daly about flowers and landscaping.

Agenda topic *Streetplus, LLC Introduction with Operations Supervisor Richard Gutierrez* | Presenter *Richard Gutierrez*

Richard Gutierrez explains staffing schedules, maintenance crew of six people, and reviews maintenance statistics to date.

Agenda topic *Spring Furniture Update* | Presenter *Elizabeth Cain*

As discussed in January and February meetings, the Exchange Place Alliance coordinated the purchasing and placement of outdoor furniture along the Hudson River walkway. Sections will be color coded by umbrellas to secure and assist with wayfinding around Exchange Place. Tables, chairs, and color swatches were viewed by the board members. Elizabeth Cain explains the next installation is to be targeted for 70 and 90 Hudson Street in coordination with the Colgate Center Property Owners Association. Andy Siegel brings forward concerns about garbage cans and cleanup.

Agenda topic *Exchange Place Alliance Recent Events* | Presenter *Elizabeth Cain*

Elizabeth Cain reviews events including: Keep Jersey City Beautiful, noting the purchase of an Exchange Place Alliance-branded tent; coordination with The One, the New Jersey Tree Foundation, and the Jersey City Parks Coalition to plant trees on Washington Street between 1st and Bay Streets; Riverview Jazz Festival kickoff at Exchange Place and J. Owen Grundy Pier; Bike JC partnership with the Lutze for the Jersey City Ward Tour finish line festival; Bike to Work Week in coordination with Bike JC, Citi Bike Jersey City, NY Waterway, Liv-Cycling, Girls on Bikes, Get Women Cycling, Elizabeth Cain and highlights the Women in Cycling panel discussion; Farmers Market kickoff featuring farm to table and all-organic vendors; Go JC volunteer planting by the Downtown Community Church.

Agenda topic *District Repairs and Maintenance* | Presenter *Martin Schmid*

Martin Schmid, Programing and Research Assistant at the Exchange Place Alliance, presents a report complete with photos from repairs and maintenance that have been resolved since the last board meeting. The presentation included street light repairs preformed by PSEG, broken bench removal, mending broken fences, pot hole fillings, graffiti and sticker removal, water pipe cap replacements, removing news boxes, and bike lane installation on Montgomery Street.

Agenda topic *Exchange Place Plaza Improvement Plan Review* | Presenter *Michael DeMarco*

Review of architectural and landscaping schematic; transformation into a more pedestrian friendly plaza with a greater sense of arrival; concern of safety and security that is shared by the police department and Port Authority; explanation of amenities, Hyatt House turnaround and access road for 15 Exchange Place, adding greenery, pedestrian security zone on Christopher Columbus Drive; explanation of the possibility of the establishment of a City Park or franchise agreement with the Exchange Place Alliance; construction tentatively commencing late fall 2018 and aiming for completion of spring of 2019; discussion on the logistics for moving the Katyń Memorial.

Public Comment | Presenter *Jeanne Daly*

Jeanne Daly brings forward possibility of substitute board members becoming permanent; waterproofing of new umbrellas; need for salt tolerant planting that can handle the weather and snow; repair of light rail signals

Approved By: _____
Name: Andrew Marshall
Title: Secretary