**THE ABRAHAM LAW FIRM, LLC**
Markis M. Abraham, Esq.
225 St. Pauls Avenue, #15R
Jersey City, New Jersey 07306
P: (973) 536-8545
F: (888) 680-7179
E: mabraham@abelawfirm.com
***Attorney ID 022752008***
Attorney for Proposed Intervenor, *Maria Scariati*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOGUSLAWA HUANG, BARTOSZ BAGNIEWSKI, SLAWOMIR PLATTA, ANDRZEJ PITYNSKI <br><br>                              Plaintiffs, <br><br> vs. <br><br> CITY OF JERSEY CITY, STEVEN M. FULOP, in his individual and official capacities, <br><br>                          Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY <br><br> Civil Action No. 2:18-cv-8933 (JMV-CLW) <br><br> **PROPOSED ORDER GRANTING PROPOSED INTERVENOR MARIA SCARIATI'S MOTION TO INTERVENE AND TO DISMISS AND OTHER RELIEF** |

Upon consideration of Proposed Intervenor Maria Scariati's Motion to Intervene and to Strike Proposed Intervenor Exchange Place Alliance's Motion to Dismiss for Lack of Standing, the parties' briefing and oral argument, and good cause having been shown;

**IT IS ON** this _____ day of _____, 2018,

**ORDERED** that Proposed Intervenor Exchange Place Alliance's Motion to Intervene and to Dismiss the Verified Complaint is hereby denied as Proposed Intervenor Exchange Place Alliance lacks standing to Intervene in the action.

_____